No. 03–8081.  RUIZ *v.* WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–8082.  SIMMONS *v.* EARLY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–8090.  WALCOTT *v.* CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–8092.  JEFFERSON *v.* ROCKETT ET AL.  C. A. 5th Cir. Certiorari denied.

No. 03–8093.  COOPER *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–8094.  WILSON *v.* MORGAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–8095.  MCDANIEL *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–8100.  MCWILLIAMS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–8101.  PARKER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–8102.  MCNEIL *v.* CASTRO, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–8104.  PRICE *v.* BRIGANO, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–8107.  LEE *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 03–8116.  LAMPKINS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.